*Chief Judge Hogan*

AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District OF COLUMBIA |
|---|---|
| Name of Movant ANTHONY J. IRVING | Prisoner No. 18804-016 | Docket No. CR 93-0447-02 |

Place of Confinement UNITED STATES PENITENTIARY - ADX

(include name upon which convicted)

UNITED STATES OF AMERICA    V.    ANTHONY J. IRVING
(full name of movant)

**FILED**
MAY 25 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION

1. Name and location of court which entered the judgment of conviction under attack UNITED STATES District Court For The District of Columbia

2. Date of judgment of conviction October 5, 1994

3. Length of sentence ONE Hundred Sixty-EIGHT MONTHS

4. Nature of offense involved (all counts) 21 USC 841 (a)(1) : (b)(1)(A)(iii) Unlawful Distribution of Cocaine base

CASE NUMBER 1:05CV01080
JUDGE: Thomas F. Hogan
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 05/31/2005

5. What was your plea? (Check one)
   (a) Not guilty    ☑
   (b) Guilty        ☐
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
N/A

6. Kind of trial: (Check one)
   (a) Jury         ☑
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑  No ☐

(2)