UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY J. IRVING,  )
    Petitioner  )
   )
v.  ) Civ. No. 05–1080 (TFH)
   )
UNITED STATES OF AMERICA,  )
    Respondent.  )

### ORDER

The above-entitled action is a case that is on the Court's docket for statistical purposes and for tracking the motion to Vacate, Set Aside, or Correct Sentence ("§ 2255 Motion") filed by the Petitioner. Upon examination of the records of the Court, it has been determined that the Petitioner's § 2255 Motion has already been designated a civil action, CA 00-1784 (JHG) for tracking purposes. Petitioner has filed a second motion in the same criminal action, 93-0447-02 and the Court has ordered the motion transferred, pursuant to 28 U.S.C. §§ 1631 and 2255, to the United States Court of Appeals for the District of Columbia Circuit so that the D.C. Circuit may determine whether to authorize the filing of Petitioner's motion. Accordingly, it is hereby

    **ORDERED** that the above entitled action is administratively closed.

    **SO ORDERED.**

June 21, 2005

                                                Thomas F. Hogan
                                                Chief Judge